David Bahuriak, Esq.
Attorney for Defendant
Bahuriak Law Group
518 S 3rd Street
Philadelphia, PA 19147

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | ) Mag. No. 24-16259 |
| | ) |
| **MIGUEL RIOS-NOLASCO** | ) |
| | ) |

**MOTION TO SUBSTITUTE COUNSEL**

    Now comes, defendant, Miguel Rios-Nolasco, through undersigned Counsel, respectfully requesting that this Honorable Court enter an order allowing David Bahuriak, Esq., to substitute in as new counsel on the above-captioned matter. Defendant's previous counsel has joined in this application.

Respectfully Submitted,

/s/ David Bahuriak, Esq.
David Bahuriak, Esq.
Attorney for Respondent
Bahuriak Law Group
518 S 3rd Street
Philadelphia, PA 19147

Previous Attorney:
/s/ Claressa L. Lowe
Claressa L. Lowe, Esq.
Assistant Federal Public Defender

- 1 -